UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DONALD R. REYNOLDS,

    Plaintiff,

v.

BONNEVILLE BILLING AND
COLLECTIONS, INC.,

    Defendant.                        No. 14-cv-999-DRH-SCW

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on January 14, 2015 (Doc. 12), granting plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties. Each party shall bear its own costs.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:   /s/*Cheryl A. Ritter*
                                      **Deputy Clerk**

Dated:   January 14, 2015

David R. Herndon
2015.01.15
06:37:28 -06'00'

**APPROVED:**
      **U. S. DISTRICT JUDGE**